JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS GIBSON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　　　Respondent. | CASE NO. 2:19-cv-05101-MWF (SK)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 and this entire action are dismissed.

DATED: August 30, 2019

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE